**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2009

Charles R. Fulbruge III
Clerk

No. 09-20059
Summary Calendar

In the Matter of BUTAN VALLEY N V,

Debtor

OSAMA ALKASABI,

Appellant

Appeal from the United States District Court
for the Southern District of Texas, Houston Division
USDC No. 07-36856

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

Appellant Osama Alkasabi appeals the district court's denial of leave to file an interlocutory appeal from underlying bankruptcy proceedings, and the according dismissal of his action before the district court. He sought to appeal a non-final bankruptcy court order on matters pertaining to discovery, but has failed to demonstrate circumstances justifying leave of court for an interlocutory

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeal under 28 U.S.C. § 158(a)(3). Accordingly, the district court lacked jurisdiction over the appeal, and its dismissal of the same is AFFIRMED.